Steven L. Crawford #166488
LAW OFFICE OF STEVEN L. CRAWFORD
192 North 11th Street
Grover Beach, CA 93433
Tel:805-458-6312
Fax:805-489-2001
slcrawfordlaw@gmail.com
stevecrawfordlaw.com

Attorney for Defendant
ARTURO SANDOVAL-DELGADO, JR.

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:14CR00118 LJO |
| ) | |
| Petitioner, ) | |
| ) | STIPULATION TO CONTINUE |
| vs. ) | SENTENCE and ORDER |
| ) | |
| ARTURO SANDOVAL-DELGADO ) | Honorable Lawrence J. O'Neill |
| JR., ) | Sentencing Date:   11/23/15 |
| Defendant. ) | Requested New Date:   01/04/16 |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties in the above entitled case, that the sentencing for the above defendant currently set for November 23, 2015 be continued to a new date of January 4, 2016 at 8:30 am.

This stipulation was prompted by the Court's email received by the parties on the evening of November 17, 2015. Counsel for the defense would ask for time to do some additional investigation in the background of the defendant and his family.

Counsel believes there are additional facts and circumstances available that the Court will want to consider before finalizing the sentence in this case. Because the consequences are so heavy in this case, counsel wants to make sure all information available is placed before the Court so an informed and just decision can and will be made.

## CONCLUSION

For the reasons stated, both parties seek a continuance of sentencing.

Dated: 11/19/15                             Respectfully submitted,


    /Kimberly A. Sanchez/
Kimberly A. Sanchez, AUSA


    /Steven L. Crawford/
Steven L. Crawford Attorney for
ARTURO DELGADO, JR.

**GOOD CAUSE APPEARING, IT IS ORDERED that the sentence currently set for November 23, 2015 is hereby vacated and a new sentencing date of January 4, 2016 at 8:30 am is set.**
**There will be no further continuances.**
IT IS SO ORDERED.

Dated:   **November 19, 2015**            **/s/ Lawrence J. O'Neill**
                                                                UNITED STATES DISTRICT JUDGE